IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:24-CV-00429

| | |
|---|---|
| DAVID JENKINS,<br><br>    Plaintiff,<br><br>v.<br><br>JETTON FAMILY PROPERTIES, LLC,<br><br>    Defendant. | **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

  Defendant, Jetton Family Properties, LLC ("Jetton Properties"), by and through undersigned counsel, moves this Court, pursuant to 12(b)(1) of the Federal Rules of Civil Procedure for an order dismissing the Complaint (Doc. No. 1) filed by David Jenkins. This Motion is further supported by Defendant's Memorandum ("Memorandum in Support of Defendant's Motion to Dismiss"), submitted herewith.

  WHEREFORE, Defendant prays the Court to grant its Motion to Dismiss.

  Respectfully submitted, this the 23rd day of August, 2024.

                /s/ Shaefer A. Shepard
                Shaefer A. Shepard
                N.C. Bar No. 58239

                **JETTON & MEREDITH, PLLC**
                817 E. Trade St.
                Charlotte, NC 28202
                Telephone: (704) 333-1114
                Fax: (704) 335-0448
                sshepard@jettonmeredithlaw.com
                *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** through the Court's ECF system, which constitutes service on all parties.

> David J. Martin
> N.C. Bar No.: 40309
> P.O. Box 135
> Winterville, NC 28590
> 984-298-5470
> david@djmartinlawnc.com
> *Attorney for Plaintiff*

This the 23rd day of August, 2024.

>> /s/ Shaefer A. Shepard
>> Shaefer A. Shepard