UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:24-cv-00429-FDW-DCK

DAVID JENKINS,

    Plaintiff,

vs.

JETTON FAMILY PROPERTIES, LLC,

    Defendant.

**STIPULATION FOR PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff David Jenkins, by and through his counsel of record, and Defendant Jetton Family Properties, LLC, by and through its counsel of record, stipulate to Plaintiff's voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: December 27, 2024

/s/ David J. Martin
_____
David J. Martin, Esq.
Attorney for Plaintiff
Box 135
Winterville, NC 28590

/s/ Shaefer A. Shepard
_____
Shaefer A. Shepard
Attorney for Defendant
Jetton & Meredith, PLLC
817 E. Trade St
Charlotte, NC 28202

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to the parties shown below. There are no non-CM/ECF participants.

Dated: December 27, 2024

/s/ David J. Martin
_____
David J. Martin, Esq.